# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2009

Marilyn Kelly,
Chief Justice

137889

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                   SC: 137889
                                   COA: 276819
                                   Oakland CC: 06-210320-FC

CHRISTOPHER ADAM LUCAS,
     Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the October 21, 2008 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *People v Idziak* (Docket No. 137301) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2009

Clerk

p0420